# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **04-54332** |
| **CALVIN BRADFORD** | ) | |
| | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **CHECK ADVANCE**
   **Check No. 758126**
   **Claim #011**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$13.80** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*ck # 768397*

*receipt # 82001*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**CALVIN BRADFORD**
**12600 ROCKSIDE RD #140**
**GARFIELD HEIGHTS, OH 44125**
(Via Regular Mail)


**STEVEN M ADLER (via ECF)**

**CHECK ADVANCE**
**12634 ROCKSIDE RD**
**CLEVELAND, OH 44125-4525**
(via Regular Mail)

Date of Service: **12/13/2010**       By: **JoAnn Romig**
                                      Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com